

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD 1779-08

### RONALD LAMONT GUYTON, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE TENTH COURT OF APPEALS BRAZOS COUNTY

**PER CURIAM.**

We have determined that our decision to grant the appellant's petition was improvident.

Therefore, the petition is dismissed.

Delivered: October 12, 2011
Do not Publish